IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00995-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ERIC L. CARREE,

    Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF HUMAN SERVICES,
    DIVISION OF VOCATIONAL REHABILITATION,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff, Eric L. Carree, currently resides in Denver, Colorado.  Mr. Carree has submitted a Complaint, asserting claims of race discrimination in the terms and conditions of his employment, and an Application to Proceed In District Court Without Prepaying Fees or Costs (Long Form).

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order.  Mr. Carree will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Carree files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   __   is not submitted
(2)   __   is not on proper form (must use the Court's current form)
(3)   __   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or

|     |     | application |
| --- | --- | --- |
| (8) | __  | other: |

**Complaint or Petition**:
(9)   __   is not submitted
(10)  X  is not on proper form (must use the Court's current form)
(11)   __   is missing an original signature by Plaintiff
(12)   __   is incomplete
(13)   __   uses et al. instead of listing all parties in caption
(14)   __   names in caption do not match names in text
(15)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   __   other:

Accordingly, it is

ORDERED that Mr. Carree cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Carree shall obtain the Court-approved Title VII Complaint form, at www.cod.uscourts.gov. Alternatively, Plaintiff may obtain a copy of the Title VII Complaint form at the United States District Court Clerk's Office, located at 909 19th Street, Denver, Colorado. Plaintiff shall submit his allegations on the court-approved form if he wishes to proceed in this action. Plaintiff should include the EEOC's notice-of-right-to-sue letter as an attachment to the Title VII Complaint. It is

FURTHER ORDERED that if Mr. Carree fails to cure the designated deficiencies **within thirty days from the date of this Order** the action may be dismissed without further notice.

DATED May 12, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge