**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 15-cv-00995-WJM-KMT

ERIC L. CARREE,

    Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION,

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT TO and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case and the Order Adopting February 5, 2016 Recommendation of Magistrate Judge Granting Defendant's Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on March 1, 2016,

IT IS ORDERED that the Magistrate Judge's Recommendation (ECF No. 37) is ADOPTED in its entirety.  Defendant's Motion to Dismiss (ECF No. 22) is GRANTED.

IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendant and against the Plaintiff and this case is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the parties shall bear their own attorneys' fees and costs.

    Dated at Denver, Colorado this 2nd day of March, 2016.

                                              BY THE COURT:

                                              JEFFREY P. COLWELL, CLERK

                                              By: _s/Deborah Hansen_
                                              Deborah Hansen, Deputy Clerk